NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**KOMBI LTD.,**
*Defendant-Appellee.*

———————————

2012-1404

———————————

Appeal from the United States District Court for the Southern District of California in case no. 10-CV-1217, Judge Marilyn L. Huff.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of parties' joint motion to withdraw the appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.

SEIRUS INNOVATIVE ACCESSORIES V. KOMBI LTD.                    2

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s26

ISSUED AS A MANDATE: April 10, 2013